
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
AUG 2 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

GABRIEL GODINEZ

MARIA GUADALUPE GODINEZ

        Debtors

Chapter 13

Case No. 08-53017 CN

**NOTICE OF UNCLAIMED DIVIDEND**

The final dividend to Creditor, WAMU in the above entitled matter was returned marked: CREDITOR UNABLE TO LOCATE ACCOUNT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $100.88 as an unclaimed dividend.

  Claim # 10004    WAMU
                        3990 S BABCOCK ST
                        MAIL STOP MBO 117FL
                        MELBOURNE, FL 32901

Dated: August 22, 2011

                                      DEVIN DERHAM-BURK, TRUSTEE



Chase Home Finance
Attn: OH4-7133
3415 Vision Drive
Columbus OH, 43219

4/11/11

Devin Derham-Burk
Chapter 13 trustee
P. O. Box 50013
San Jose CA 95150-0013

RE: Chase Loan #   No Loan Number

Dear,  Devin Derham-Burk

Enclosed, you will find the check received by the offices of Chase for the following:

| | |
|---|---|
| Mortgagor(s): | Devin Derham-Burk |
| Loan Number: | No Loan Number |
| Check Number: | 2487275 |
| Check Amount: | $144.76 |

Chase is returning the item listed above because:

*Unable to identify (Please provide more detailed information such as: Complete Name and Address, Mortgage Loan Number and / or Social Security Number).*

Chase's goal is to provide the highest level of quality service. If you have further questions, please contact us at (866) 926-8937. You can speak with a Customer Care Professional, available Monday through Friday, from 7:00 a.m. to 7:00 p.m., Eastern Time.

Sincerely,

RECEIVED
APR 18 2011
Devin Derham-Burk
Trustee, Chapter 13

Chase Payment Processing

Enclosure